*Thursday, February 13, 1997*

## MOTION DOCKET

**96–2870.  Zaller v. Zaller.**
Geauga App. Nos. 95–G–1949 and 96–G–1968.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's motion for stay of lower court hearings,

IT IS ORDERED by the court that the motion for stay of lower court hearings be, and hereby is, denied.

*Friday, February 14, 1997*

## MOTION DOCKET

**96–452.  State v. Davie.**
Trumbull App. No. 92–T–4693.  This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County.  Upon consideration of appellant's motion to permit use of video equipment during its presentation of oral argument and for expedited consideration,

IT IS ORDERED by the court, effective February 13, 1997, that the motion be, and hereby is, denied.

LUNDBERG STRATTON, J., would grant the motion.

**96–2775.  MCI Telecommunications Corp. v. Pub. Util. Comm.**
Public Utilities Comm., No. 95–790–TP–COI.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court, effective February 13, 1997, that the motion for stay be, and hereby is, denied.

PFEIFER, J., would grant the motion.

**97–41.  State ex rel. SuperAmerica Group v. Plunkett.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of respondent's answer, motion for leave to intervene by Carl Wilkenfeld, James R. Jump and Mary V. Fellabaum, and answer of intervening respondents,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.
IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
COOK, J., would deny the motion for leave to intervene.

**97–41.  State ex rel. SuperAmerica Group v. Plunkett.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of relator's motion for stay,

IT IS ORDERED by the court that the motion be, and hereby is, denied on the following vote:
F.E. SWEENEY and LUNDBERG STRATTON, JJ., vote to deny.
PFEIFER and COOK, JJ., vote to deny the motion as moot.
MOYER, C.J., DOUGLAS and RESNICK, JJ., vote to grant.